# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>YOMAIRA DAISY INFANTE-PERAL.<br><br>Respondents. | Case No. LACR 20-198-VAP-1<br><br>**JUDGMENT ON REVOCATION OF SUPERVISED RELEASE** |

On November 30, 2020, the matter came on for Sentencing on Defendant's admissions to Allegation Nos. One, Two, Three, Four, Five, Six, Seven, Eight, Nine and Ten of the Petition for Revocation of Probation and Supervised Release filed October 7, 2020. Appearing on behalf of the Defendant was Deputy Federal Public Defender Kate Morris, and appearing on behalf of the Government, was Assistant United States Attorney Charles Fowley. The hearing was conducted by videoconference, with the express consent of the Defendant.

The Court ORDERS the term of Supervised Release revoked.

It is adjudged that Defendant Yomaira Daisy Infante-Peral is hereby sentenced to a term of supervised release of thirty-five (35) months, under the previous terms and conditions, with the following modifications:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Amended General Order 20-04.

2. The defendant shall participate in a home detention and monitoring program, for a period of 120 days, and shall follow all the rules of the home detention and monitoring program.  Defendant shall pay the costs of participating in the program, not to exceed $12.00 per day, as directed by the Probation Office.

Defendant is informed of her right to appeal.

IT IS SO ORDERED.

Dated:  November 30, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

KIRY GRAY, CLERK, U. S. DISTRICT COURT

By:       / s /
     Daisy Rojas, Courtroom Deputy